UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-04123 CBM (SH) | Date | November 5, 2012 |
|---|---|---|---|
| Title | *Arutyunyan v. American Express Centurion Bank, et al.* | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   IN CHAMBERS/OFF THE RECORD
**ORDER TO SHOW CAUSE**

    Plaintiff filed a First Amended Complaint ("FAC") on September 10, 2012. [Doc. No. 29.] In the FAC, Plaintiff alleges violations of the California Consumer Credit Reporting Agencies Act ("CCRAA"), Cal. Civ. Code § 1785.25(a), against all defendants.  It appears to the Court that Plaintiff may have no private right of action pursuant to Cal. Civ. Code § 1785.25(a).  *See Pulver v. Avco Fin. Services*, 182 Cal. App. 3d 622, 632 (Cal. Ct. App. 1986) ("the Legislature's apparent intent in specifying that a right of action exists against 'any person' for violation of the act (§ 1785.31, subd. (a)) was not to impose liability on a supplier of information to a credit reporting agency . . ..")

    Plaintiffs are hereby **ORDERED TO SHOW CAUSE** by no later than November 13, 2012  why Count II of the FAC for "Violations of the CCRAA" should not be dismissed as against all defendants.

    **IT IS SO ORDERED.**

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | JL |