UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-04123 CBM (SH) | Date | November 26, 2012 |
|---|---|---|---|
| Title | *Arutyunyan v. American Express Centurion Bank, et al.* | | |

Present: The Honorable   CONSUELO B. MARSHALL

| Joseph M. Levario | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**       IN CHAMBERS/OFF THE RECORD
              **ORDER TO SHOW CAUSE RE: SANCTIONS [Docket No. 68]**

        The matter before the Court is the Court's prior Order to Show Cause as to why sanctions should not be imposed on Plaintiff's counsel for violations of the rules of this Court ("prior OSC"). [Docket No. 68.] The prior OSC issued on November 5, 2012. (*Id.*)  The Court has received no response.

        It appears that Arshak Bartoumian represented Plaintiff until Vahag Matevosian requested to be substituted in Mr. Bartoumian's place on November 13, 2012. [Docket No. 75.]  The Court granted this request on November 15, 2012. [Docket No. 77.]  At no point did the Court vacate the prior OSC directed to Mr. Bartoumian.

        For the avoidance of doubt, the Court again **ORDERS** Arshak Bartoumian to **SHOW CAUSE** as to why sanctions should not be imposed for the violations of the rules of this Court described in the prior OSC.  Mr. Bartoumian is further **ORDERED** to provide a written response no later than **November 30, 2012.**  Failure to respond to this Order on or before **November 30, 2012** will result in the imposition of monetary sanctions.

        Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, NO ORAL ARGUMENT will be heard on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon filing of a response.

        **IT IS SO ORDERED.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | JL/jre | |