UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHKHEN A. ARUTYUNYAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation; BARCLAYS BANK DELAWARE, a Delaware Corporation; CITIBANK, N.A., a National Association; GE CAPITAL RETAIL BANK, a Utah Corporation; COMENITY BANK aka VICTORIA'S SECRET STORES, LLC, a Delaware Limited Liability Company; CACH LLC, aka SQUARE TWO FINANCIAL fka COLLECT AMERICA, a Colorado Corporation; CREDITONE, LLC, a Louisiana Limited Liability Company;<br><br>Defendants. | No. 12-cv-04123-CBM (SHx)<br><br>**JUDGMENT** |

1

1  Consistent with this Court's August 30, 2013 Order Granting In Part and
2  Denying In Part Defendants' Motions to Dismiss the Second Amended Complaint
3  and dismissing Defendants Bank of America Corporation ("BAC"), Barclay's Bank
4  Delaware ("Barclay's"), and CACH, LLC ("CACH") with prejudice  (Docket No.
5  141),

6  **IT IS ORDERED AND ADJUDGED** that Plaintiff takes nothing on her
7  Second Amended Complaint against Defendants BAC, Barclay's, and CACH.
8  Judgment shall be entered in favor of these Defendants.

10  DATED: September 4, 2013        By _____
                                        CONSUELO B. MARSHALL
11                                      UNITED STATES DISTRICT JUDGE